OPINION — AG — ** TEACHERS' RETIREMENT SYSTEM — FUNDS ** 68 O.S. 1004 [68-1004](B) (LEVIES THE GROSS PRODUCTION TAX — APPORTIONMENT), DOES NOT VIOLATE ARTICLE V, SECTION 55, OKLAHOMA CONSTITUTION BY THE MANNER OF APPROPRIATING MONEY FOR THE TEACHERS' RETIREMENT SYSTEM. (SPECIAL FUND, SPECIAL TAX) CITE: 68 O.S. 1001 [68-1001], 68 O.S. 1004 [68-1004], 70 O.S. 17-8 [70-17-8], ARTICLE X, SECTION 23 (TAXATION, NATURAL GAS) (JOHN PAUL JOHNSON)